IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF CA INVESTMENT (BRAZIL) S.A.<br>FOR AN ORDER TO TAKE DISCOVERY<br>FOR USE IN FOREIGN PROCEEDINGS<br>PURSUANT TO 28 U.S.C. § 1782 | :<br>:<br>:<br>: Case No. 3:19-mc-00038-JCH<br>:<br>:<br>:<br>: JUNE 26, 2019 |

**FIRST MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, applicant CA Investment (Brazil) S.A. ("CA Investment") moves for an extension of time of 30 days, up to and including August 1, 2019, within which to file its opposition to the "Motion to Vacate The Court's Order and To Quash The Subpoena For the Production of Documents For Use In a Foreign Proceeding" filed by respondent Eldorado USA, Inc. ("Eldorado USA") (Dkt. No. 23.) In support of this motion, CA Investment states:

1. Eldorado USA's motion was filed on June 3, 2019 pursuant to a scheduling stipulation and order [Dkt. No. 15] under which, with CA Investment's consent, Eldorado USA was given 45 days from the date of the stipulation to file its motion. CA Investment's opposition is currently due on July 2, 2019, and Eldorado USA's reply is due on July 16, 2019.

2. CA Investment requests this extension because a recent decision in an ICC arbitration in Brazil involving CA Investment and Eldorado USA's parent company could have an impact on this miscellaneous proceeding and CA Investment seeks to avoid the significant cost of opposing Eldorado USA's motion if, as a result of the arbitral tribunal's decision, the

subpoena in this proceeding is withdrawn entirely or limited in a way that will reduce the number of issues to be addressed in CA Investment's opposition. CA Investment expects that it will have a better understanding of the full impact of the arbitral tribunal's decision on the proceedings in this Court within the next few weeks.

3. Moreover, CA Investment simply needs more time to prepare its opposition, which will require consulting with lawyers in Brazil, Singapore and Austria and preparing opposition declarations for counsel and/or legal experts in those countries.

4. There would be no prejudice to Eldorado USA in granting the requested 30-day extension, as compliance with the subpoena has been stayed pending resolution of Eldorado USA's motion. Moreover, there is no urgency whatsoever that would make a 30-day (or even longer) extension inappropriate.

5. On June 25, 2019, in a related miscellaneous proceeding in the Southern District of New York, Judge P. Kevin Castel granted the same extension of time requested herein. A copy of the memo endorsed letter approving the extension is attached as Exhibit A.

6. This is CA Investment's first Motion for Extension of Time.

7. Eldorado USA consents to CA Investment's request for an extension.

*[continued on next page]*

WHEREFORE, CA Investment respectfully requests that the Court grant the requested 30-day extension for its opposition, so that the opposition will be due on August 1, 2019 and Eldorado USA's reply will be due on August 15, 2019.

Respectfully submitted,

**CA INVESTMENT (BRAZIL) S.A.**

By: /s/ Cynthia A. Murray

Mary Mintel Miller (CT289941)
REID AND RIEGE, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Phone: (860) 240-1059
Fax: (860) 240-1002
mmiller@rrlawpc.com

Kenneth R. Puhala (admitted *pro hac vice*)
Cynthia A. Murray (admitted *pro hac vice*)
SCHNADER HARRISON SEGAL
   & LEWIS LLP
140 Broadway, Suite 140
New York, New York, 10005
Phone: (212) 973-8000
Fax: (212) 972-8798
kpuhala@schnader.com
cmurray@schnader.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Cynthia A. Murray
Cynthia A. Murray

# EXHIBIT A

Case 3:19-mc-00038-JCH   Document 29   Filed 06/26/19   Page 5 of 6
Case 1:19-mc-00134-PKC   Document 26   Filed 06/25/19   Page 1 of 2
Case 1:19-mc-00134-PKC   Document 25   Filed 06/24/19   Page 1 of 2

**Schnader**
ATTORNEYS AT LAW

140 BROADWAY   SUITE 3100
NEW YORK, NY 10005-1101
212.973.8000   FAX 212.972.8798   schnader.com

Cynthia A. Murray
Direct Dial: 212-973-8077
Direct Fax: 212-972-8798
E-Mail: cmurray@schnader.com

June 24, 2019

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re:   *In re: Application of CA Investment (Brazil) S.A. for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782*; Case No. 1:19-mc-00134-PKC (S.D.N.Y.)

Dear Judge Castel:

We are counsel to applicant CA Investment (Brazil) S.A. ("CA Investment") in the above-referenced miscellaneous proceeding under 28 U.S.C. § 1782. CA Investment hereby requests a 30-day extension of time, until August 1, 2019, for filing CA Investment's opposition to intervenor Eldorado Brasil Celulose S.A.'s ("Eldorado") motion to vacate the order, granted *ex parte*, authorizing service of five subpoenas and to quash those subpoenas. Eldorado's motion was filed on June 3, 2019 pursuant to a scheduling stipulation and order [ECF No. 18] under which, with CA Investment's consent, Eldorado was given 45 days from the date of the stipulation to file its motion. CA Investment's opposition is currently due on July 2, 2019. Compliance with the subpoenas has been stayed pending resolution of Eldorado's motion. This is the first extension that CA Investment is requesting for its opposition. Eldorado has refused to consent to the requested extension.

CA Investment requests this extension for two reasons. First, a recent decision in an ICC arbitration in Brazil involving CA Investment, Eldorado and Eldorado's other shareholder could have an impact on this miscellaneous proceeding and CA Investment seeks to avoid the significant cost of opposing Eldorado's motion if, as a result of the arbitral tribunal's decision, the subpoenas in this proceeding are withdrawn entirely or limited in a way that will reduce the number of issues to be addressed in CA Investment's opposition. CA Investment expects that it will have a better understanding of the full impact of the arbitral tribunal's decision on the proceedings in this Court within the next few weeks. Second, CA Investment simply needs more time to prepare its opposition, which will require consulting with lawyers in

Case 3:19-mc-00038-JCH   Document 29   Filed 06/26/19   Page 6 of 6
Case 1:19-mc-00134-PKC   Document 26   Filed 06/25/19   Page 2 of 2
Case 1:19-mc-00134-PKC   Document 25   Filed 06/24/19   Page 2 of 2

**Schnader**
ATTORNEYS AT LAW

Hon. P. Kevin Castel
June 24, 2019
Page 2

Brazil, Singapore and Austria and preparing opposition declarations for counsel and/or legal experts in those countries.

Eldorado has refused to consent to the extension. As stated in a June 20 e-mail from Eldorado's counsel, the reason given for Eldorado's refusal is: "[s]ince discussions regarding CA's potential withdrawal of its foreign actions are embryonic and uncertain, our client is unable to consent to an extension."

There would be no prejudice to Eldorado or the subpoena respondents in granting the requested 30-day extension, as compliance with the subpoenas has been stayed pending resolution of Eldorado's motion. Moreover, there is no urgency whatsoever that would make a 30-day (or even longer) extension inappropriate.

For the reasons stated above, the requested extension is justified and, at this point, necessary for CA Investment to be able to prepare its opposition in the event that the subpoenas are not withdrawn. CA Investment respectfully requests that the Court grant the requested 30-day extension for its opposition, so that the opposition will be due on August 1, 2019 and Eldorado's reply will be due on August 15, 2019.

Respectfully submitted,

Cynthia A. Murray
for SCHNADER HARRISON SEGAL & LEWIS LLP

*Application granted. SO ORDERED /s/ USDJ 6-24-19*

cc:   All counsel of record (via ECF)

Schnader Harrison Segal & Lewis LLP
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE