UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| APPLICATION OF CA INVESTMENT ) | |
| (BRAZIL) S.A. FOR AN ORDER TO ) | |
| TAKE DISCOVERY FOR USE IN ) | Case No. 3:19-mc-00038-JCH |
| FOREIGN PROCEEDINGS PURSUANT ) | |
| TO 28 U.S.C. § 1782 ) | |
| ) | July 25, 2019 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Civil Rule 7(b), Applicant CA Investment (Brazil) S.A. ("CA Investment") and Respondent Eldorado USA, Inc. ("Eldorado USA"), respectfully jointly move for an extension of time of seventy-five (75) days, up to and including October 15, 2019, for CA Investment to file its opposition to Eldorado USA's Motion to Vacate the Court's Order and to Quash the Subpoena for the Production of Documents for Use in a Foreign Proceeding (DE 23) and up to and including October 29, 2019 for Eldorado USA to file its Reply to any opposition filed by CA Investment.  In support of this motion, the CA Investment and Eldorado USA jointly state:

1. Eldorado USA's Motion was filed on June 3, 2019 pursuant to a scheduling stipulation and order (DE 15) under which, with CA Investment's consent, Eldorado USA was given 45 days from the date of the stipulation to file its Motion, CA Investment's opposition was due July 2, 2019 and Eldorado USA's Reply was due on July 16, 2019.

2. On June 26, 2019, with Eldorado USA's consent, CA Investment filed a Motion for Extension of Time, seeking a thirty day extension of time to file its opposition (and correspondingly extend Eldorado USA's deadline to file its Reply) (DE 29).

{S7209534}

3. On June 27, 2019, the Court granted CA Investment's Motion for Extension of Time (DE 30).  Therefore, CA Investment's opposition is currently due on August 1, 2019 and Eldorado USA's Reply is current due on August 15, 2019.

4. The parties have been engaged in discussions regarding the issues raised in CA Investment's Application and believe that continued good faith discussions may lead to resolution of these issues.  The parties require additional time to explore potential resolution fully.

WHEREFORE, CA Investment and Eldorado USA respectfully request that the Court grant the requested extension so that CA Investment's opposition will be due on October 15, 2019 and Eldorado USA's Reply will be due on October 29, 2019.

|  |  |
|---|---|
| THE APPLICANT<br>CA INVESTMENT (BRAZIL) S.A. | THE RESPONDENT<br>ELDORADO USA, INC. |
| By: /s/ Kenneth Puhala<br>Mary Mintel Miller (ct289941)<br>Reid & Reige, P.C.<br>One Financial Plaza<br>21st Floor<br>Hartford, CT 27846<br>Telephone: 860-240-1059<br>Fax: 860-240-1002<br>mmiller@rrlawpc.com | By: /s/ Brian A. Daley<br>Marc J. Kurzman (CT01545)<br>Brian A. Daley (CT24550)<br>Carmody Torrance Sandak &<br>Hennessey LLP<br>707 Summer Street<br>Stamford, CT 06901-1026<br>Telephone: (203) 252-2680<br>Fax: (203) 325-8608<br>MKurzman@carmodylaw.com<br>BDaley@carmodylaw.com |
| Kenneth Puhala (*pro hac vice*)<br>Cynthia A. Murray (*pro hac vice*)<br>Schnader Harrison Segal & Lewis LLP<br>140 Broadway<br>Suite 3100<br>New York, NY 10005<br>Telephone: 212-973-8140<br>kpuhala@schnader.com | Michael B. Carlinsky (*pro hac vice*)<br>Lucas V.M. Bento (*pro hac vice*)<br>Alexander P. Wentworth-Ping (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, Floor 22<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100 |

| | |
|---|---|
| cmurray@schnader.com | michaelcarlinsky@quinnemanuel.com<br>lucasbento@quinnemanuel.com<br>alexwentworthping@quinnemanuel.com |
| *Attorneys for Applicant CA Investment (Brazil) S.A.* | *Attorneys for Respondent Eldorado USA, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Brian A. Daley
      Brian A. Daley

{S7209534}