UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF CA INVESTMENT (BRAZIL) S.A. FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 3:19-mc-00038-JCH |

## MOTION FOR ALEXANDER P. WENTWORTH-PING TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 7(e) of the United States District Court for the District of Connecticut, upon the declaration of Alexander P. Wentworth-Ping below, Respondent Eldorado USA, Inc. hereby moves this Court for an Order allowing Mr. Wentworth-Ping to withdraw as counsel of record, and for Mr. Wentworth-Ping to be removed from this action's service list.

In support of this motion to withdraw, Alexander P. Wentworth-Ping deposes and states:

1. After May 29, 2020, I will no longer be associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

2. Other counsel of record at Quinn Emanuel Urquhart & Sullivan, LLP and Carmody Torrance Sandak & Hennessey, LLP will continue represent Respondent in the above-captioned case.

3. My withdrawal will not affect any deadlines or cause any delay in this matter.

4. I have served this notice on the client and all parties in this case.

DATED:  New York, New York  
           May 18, 2020

QUINN EMANUEL URQUHART &  
  SULLIVAN, LLP

By: /s/ *Alexander P. Wentworth-Ping*  
    Alexander P. Wentworth-Ping  
    QUINN EMANUEL URQUHART &  
    SULLIVAN UK LLP  
    51 Madison Avenue, 22nd Floor  
    New York, NY 10010  
    Telephone:  212-849-7000  
    Facsimile:  212-849-7100  
    alexwentworthping@quinnemanuel.com

*Attorney for Respondent Eldorado USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

By: /s/ *Alexander P. Wentworth-Ping*
Alexander P. Wentworth-Ping
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
alexwentworthping@quinnemanuel.com